COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00335-CR & 01-14-00336-CR |
| Style: | Damion Gentry v. The State of Texas |
| Date motion filed*: | June 9, 2015 |
| Type of motion: | Second Motion for Extension of Time to File Brief on the Merits |
| Party filing motion: | Appellee |
| Document to be filed: | Appellee's Brief |

Is appeal accelerated?      No

If motion to extend time:

    Original due date:      March 11, 2015

    Number of extensions granted:      1      Current Due Date:  June 10, 2015

    Date Requested:      July 10, 2015

Ordered that motion is:

   ☑ Granted

        If document is to be filed, document due:  July 10, 2015

        ☑      No further extensions of time will be granted.

   ☐ Denied

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☑ Other: _____

   Because appellee's counsel states that this motion is unopposed, that she has been busy filing several other briefs but will make this brief a priority, and because this Court granted appellant two extensions to file his brief, this second extension is **granted**, but no further extensions will be granted.  *See* TEX. R. APP. P. 38.6(d).  If appellee's brief is not filed by July 10, 2015, these cases may be set for submission on appellant's brief only.  *See* TEX. R. APP. P. 38.9(a).

Judge's signature: _/s/ Laura Carter Higley
                              ☒ Acting individually      ☐ Acting for the Court

Date:  June 16, 2015

November 7, 2008 Revision